**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOHN KOSIER,**

    **Petitioner,**

**vs.**                                                        **Case No. 4:09cv63-SPM/WCS**

**WALTER A. McNEIL,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION

    This cause is before the court on referral from the clerk. The order of September 18, 2009, noted that Petitioner had been released from confinement and his ability to pay the $5.00 fee for filing a habeas corpus petition must have changed. Doc. 17. He was directed to either pay the fee or complete a new in forma pauperis application no later than October 5, 2009, and to file a notice of compliance. Respondent, previously directed to respond to the 28 U.S.C. § 2254 petition, was granted additional time, with the answer to be filed within 30 days of receipt of Petitioner's notice of compliance.

The order advised that ""[f]ailure of Petitioner to comply with this order will result in a recommendation that the petition be summarily dismissed," and advised Respondent was to await further direction from the court if Petitioner did not file a notice of compliance.  *Id.*, p. 2.

To date, Petitioner has not responded or filed a notice of compliance.  This case should be summarily dismissed for failure to prosecute and to comply with a court order.

It is therefore respectfully **RECOMMENDED** that this 28 U.S.C. § 2254 proceeding be summarily **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on October 26, 2009.

   S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:09cv63-SPM/WCS